UNITED STATES DISTRICT CIRCUIT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61402-CIV-COHN/SELTZER

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, PATRICIA L. KENNEDY,
BEVERLY LESSER, JULIUS LESSER,
and PHYLLIS MASS,

    Plaintiffs,

v.

B.T. OF SUNRISE CONDOMINIUM ASSOCIATION,
INC., d/b/a Belle Terre of Sunrise Condominium
Association, DERMATOLOGY CONSULTANTS
OF SOUTH FLORIDA, P.A., and DR. BARRY H.
DUBNER, M.D., individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Stipulation for Dismissal with Prejudice Between Plaintiffs and B.T. of Sunrise Condominium Association, Inc. [DE 15].

Accordingly, it is **ORDERED and ADJUDGED** that the above-styled action is therefore **DISMISSED with prejudice** as to Defendant B.T. of Sunrise Condominium Association, Inc., each party to bear their own attorney's fees, costs and expenses other than those specified in the parties' settlement agreement.  The Court retains jurisdiction to enforce the settlement agreement between these parties, though the Clerk may close this case and deny any pending motions as moot, as all Defendants have now been dismissed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of November, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:
Counsel as listed on CM/ECF